**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cr. No. 1:07-cr-10127-JDB |
| **VALERIE ALEXANDER,** | ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION TO DISMISS INDICTMENT**

**COMES NOW**, the United States of America, by and through Lawrence J. Laurenzi, United States Attorney and Victor L. Ivy, Assistant U.S. Attorney for the Western District of Tennessee, and Moves this Court to Dismiss the Indictment and for grounds would state as follows:

Pursuant to the attached Certification of Completion of Pretrial Diversion Program, it appears as the defendant, Valerie Alexander, has complied with requirements set forth under the Pretrial Diversion Agreement. In furtherance of said agreement, the United States now moves to dismiss the indictment against the defendant, Valerie Alexander.

**WHEREFORE**, the United States respectfully requests this Honorable Court dismiss the indictment filed in this cause against defendant Valerie Alexander.

        Respectfully submitted,

        LAWRENCE J. LAURENZI
        United States Attorney


BY:   s/ Victor L. Ivy
       VICTOR L. IVY (BPR#14363)
       Assistant U.S. Attorney
       109 South Highland, Suite 300
       Jackson, Tennessee  38301
       (731) 422-6220
       vic.ivy@usdoj.gov


## **CERTIFICATE OF SERVICE**

I, Victor L. Ivy, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, hereby certify that a copy of the foregoing has been sent, via electronic filing, to

J. Houston Gordon
Attorney at Law
114 West Liberty Avenue, Suite 300
Covington, TN 38019

this the 28th day of April 2009.


BY:   s/ Victor L. Ivy
       VICTOR L. IVY (BPR#14363)
       Assistant U.S. Attorney
       109 South Highland, Suite 300
       Jackson, Tennessee  38301
       (731) 422-6220
       vic.ivy@usdoj.gov